In the United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| Ann Lamkin and Joshua Lamkin, Individually and as Next Friends of N.L., a minor, <br><br>     *Plaintiffs*, <br><br> v. <br><br> The J.M. Smucker Company, Smucker Sales and Distribution Company, LLC, Ardagh Glass, Inc., and Ardagh Glass Packaging, Inc., <br><br>     *Defendants*. | Civil Action No. 4:24-cv-03491 |

## NOTICE OF REMOVAL

### I. Introduction and Key Background Facts

1.　　This is a personal-injury case involving products-liability claims. *See generally* Pl.'s Orig. Pet. Plaintiffs Ann Lamkin and Joshua Lamkin, Individually and As Next Friend of N.L., a minor, (collectively, "Plaintiffs") claim that N.L. ingested glass fragments that they contend came from a glass jar containing Smucker's jelly. *See id.* at 4. Plaintiffs have filed suit against various entities in connection with this incident. *See generally id*. As discussed below, the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the parties. Therefore, with the written consent of the co-defendants, The J.M. Smucker Company and Smucker Sales and Distribution Company, LLC (the "Smucker Defendants") exercise their right to remove this case to federal court.

### II. The Parties

2.　　Ann Lamkin, Joshua Lamkin, and N.L. are all individuals domiciled in Texas. *See* Pl.'s Orig. Pet. at 1. They are citizens of Texas for purposes of diversity jurisdiction.

3.      Defendant The J.M. Smucker Company is an Ohio corporation with its principal place of business in Ohio. It is a citizen of Ohio for purposes of diversity jurisdiction.

4.      Defendant Smucker Sales and Distribution Company, LLC is a limited liability company. Its sole member is Smucker Retail Foods, Inc., which is an Ohio corporation with its principal place of business in Ohio. Smucker Sales and Distribution Company, LLC is, therefore, a citizen of Ohio for purposes of diversity jurisdiction.

5.      Defendant Ardagh Glass, Inc. is a Delaware corporation with its principal place of business in Indiana. It is a citizen of Delaware and Indiana for purposes of diversity jurisdiction.

6.      Defendant Ardagh Glass Packaging, Inc. is a Delaware corporation with its principal place of business in Indiana. It is a citizen of Delaware and Indiana for purposes of diversity jurisdiction.[1]

### III. Basis for Removal

7.      The Court has diversity jurisdiction over this action.

8.      The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiffs are making a claim for over $1 million in monetary damages. *See* Pl.'s Orig. Pet. at 7.

9.      As detailed in the preceding section, there is complete diversity of citizenship between Plaintiffs and Defendants.

### IV. Venue, Timing, and Notice

10.      Venue is proper under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this District and Division.

---

[1]      Alternatively, for the reasons set forth in the Ardagh Defendants' Special Appearance, Ardagh Glass Packaging, Inc. is an improperly joined defendant. This is an unrelated Ardagh entity that did not play a role in the design, manufacture, sale, or any other aspect of the glass jar at issue. Therefore, its citizenship does not impact the jurisdictional analysis.

11.     This removal is timely because it is filed within 30 days of the Smucker Defendants' receiving Plaintiffs' Notice of Nonsuit of the in-state defendant (and also within 30 days of The J.M. Smucker Company being served with the suit), and within one year of the commencement of this action.  *See* 28 U.S.C. § 1446(b).

12.     All documents required under the removal statute and the Court's local rules are attached. The attachments include the written consent to removal by the Ardagh Defendants.

13.     The removing Defendants will promptly file a copy of this Notice of Removal and its attachments with the clerk of the state court.

Respectfully submitted,

By:  /s/ Tarush R. Anand
Tarush R. Anand
Texas Bar No. 24055103
S.D. Tex. No. 712010
tanand@mcglinchey.com
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Fax: (713) 520-1025

**Attorney in Charge for Defendants**
**The J.M. Smucker Company and Smucker Sales**
**and Distribution Company**

**Of Counsel:**

McGlinchey Stafford PLLC

Alvin D. Houston
Texas Bar No. 24041134
S.D. Tex. No. 939429
ahouston@mcglinchey.com

Jessica A. Bozell
Texas Bar No. 24137442
S.D. Tex. No. 3863409
jbozell@mcglinchey.com

**<u>Certificate of Service</u>**

     I certify that a true and correct copy of this document, together with any exhibits or attachments, is being served on all parties on September 18, 2024, in accordance with the Federal Rules of Civil Procedure.

/s/ Tarush R. Anand        
Tarush R. Anand
